Raymond J. Steele
State Bar Number 007293
**Law Office of Raymond J. Steele**
P.O. Box 670
Chandler, AZ 85244
Telephone: (480) 899-8615
Facsimile: (480) 899-0629
Email: raymondjsteele@qwestoffice.net
Attorney for Debtor(s)

# United States Bankruptcy Court for the District of Arizona

*In re:*

    Daniel H. Benton,

*and*

    Katherine C. Benton,

                  *Debtors.*

Case No. 4-19-bk-14324-SHG

Chapter 13

Debtors' Objection to
Proof of Claim and
Notice of Bar Date
U.S. Bank Trust, N.A.
C/O BSI Financial Services
Claim Number 7-1

    The Debtors through their attorney, Raymond J. Steele, object to the Proof of Claim of U.S. Bank Trust, N.A., C/O BSI Financial Services, Claim Number 7-1, because:

    1.    The creditor, U.S. Bank Trust, N.A., C/O BSI Financial Services, filed a claim showing the Debtors had a default in the amount of $1,364.50 on the petition date. Which consisted of principal and interest in the amount of $537.92 and projected escrow shortage of $806.58. The debtors are in fact current on the first mortgage payments and attached as exhibits "A" are the cancelled checks for the full year of 2019 showing payments made and cashed by BSI. The projected escrow shortage of $806.58 is not an owed expense at the time of filing IE: an escrow deficiency for funds that were advanced by BSI.

    **WHEREFORE**, the Debtors request that said claim filed by U.S. Bank Trust, N.A., C/O BSI Financial Services, Claim Number 7-1, be disallowed. Unless on or before twenty-one (21) days from the mailing of this objection, the creditor, files a written response and a request for a hearing and sets forth the specific grounds for such request. The Response and Request for Hearing must be filed with the Clerk of the U.S. Bankruptcy Court, 230 North First Avenue, Suite 101, Phoenix, Arizona 85003, and a copy thereof mailed to Raymond J. Steele, P.O. Box 670, Chandler, Arizona 85244

1

| | | |
|---|---|---|
| 1 | 3-17-20 | /s/ Raymond J. Steele |
| 2 | Dated | Raymond J. Steele |
| | | Attorney for Debtors |

Copy of the foregoing mailed this date: 3-17-20 to:

Dianne Kerns
Chapter 13 Trustee
31 North 6th. Avenue, Suite 105-152
Tucson, Arizona 85701

Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003

By /s/

| | | | |
|---|---|---|---|
| Amount: | $700.00 | Sequence Number: | 8992847924 |
| Account: | 273814183 | Capture Date: | 01/14/2019 |
| Bank Number: | 12210170 | Check Number: | 1020 |





Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 01/14/2019 | 008992847924 | 121103886 | Pay Bank | N | | BANK OF AMERICA NA |
| 01/14/2019 | 9980113526 | 111900057 | Pay Bank | N | | JPMORGAN CHASE BANK, |
| 01/14/2019 | 000000630310372 | 111017979 | Rtn Loc/BOFD | Y | | TEXAS CAPITAL BANK, |



| | | | |
|---|---|---|---|
| Amount: | $700.00 | Sequence Number: | 9592406921 |
| Account: | 273814183 | Capture Date: | 02/14/2019 |
| Bank Number: | 12210170 | Check Number: | 1021 |



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 02/14/2019 | 000000621164515 | 111017979 | Rtn Loc/BOFD | Y | | TEXAS CAPITAL BANK, |
| 02/14/2019 | 009592406921 | 121103886 | Pay Bank | N | | BANK OF AMERICA NA |
| 02/14/2019 | 5980967256 | 111900057 | Pay Bank | N | | JPMORGAN CHASE BANK, |

```
Amount:        $665.00           Sequence Number:  9592886002
Account:       273814183         Capture Date:     03/14/2019
Bank Number:   12210170          Check Number:     1024
```



```
Electronic Endorsements:
Date         Sequence           Bank #         Endrs Type    TRN    RRC    Bank Name
03/14/2019   009592886002       121103886      Pay Bank      N             BANK OF AMERICA NA
03/14/2019   000000630360170    111017979      Rtn Loc/BOFD  Y             TEXAS CAPITAL BANK,
03/14/2019   6670115464         111900057      Pay Bank      N             JPMORGAN CHASE BANK,
```

Amount: $665.00   Sequence Number: 8092933984
Account: 273814183   Capture Date: 04/12/2019
Bank Number: 12210170   Check Number: 1025



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
| --- | --- | --- | --- | --- | --- | --- |
| 04/12/2019 | 008092933984 | 121103886 | Pay Bank | N | | BANK OF AMERICA NA |
| 04/12/2019 | 5980245464 | 111900057 | Pay Bank | N | | JPMORGAN CHASE BANK, |
| 04/12/2019 | 000000630318713 | 111017979 | Rtn Loc/BOFD | Y | | TEXAS CAPITAL BANK, |

Amount: $665.00  Sequence Number: 8692573764
Account: 273814183  Capture Date: 05/13/2019
Bank Number: 12210170  Check Number: 1026



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 05/13/2019 | 000000630306279 | 111017979 | Rtn Loc/BOFD | Y | | TEXAS CAPITAL BANK, |
| 05/13/2019 | 8670370739 | 111900057 | Pay Bank | N | | JPMORGAN CHASE BANK, |
| 05/13/2019 | 008692573764 | 121103886 | Pay Bank | N | | BANK OF AMERICA NA |

```
Amount:       $665.00              Sequence Number: 8992009090
Account:      273814183            Capture Date:    06/12/2019
Bank Number:  12210170             Check Number:    1027
```



```
Electronic Endorsements:
Date        Sequence         Bank #      Endrs Type    TRN   RRC    Bank Name
06/12/2019  5980011826       111900057   Pay Bank      N            JPMORGAN CHASE BANK,
06/12/2019  000000630374203  111017979   Rtn Loc/BOFD  Y            TEXAS CAPITAL BANK,
06/12/2019  008992009090     121103886   Pay Bank      N            BANK OF AMERICA NA
```

Amount: $665.00  Sequence Number: 8792101654
Account: 273814183  Capture Date: 07/09/2019
Bank Number: 12210170  Check Number: 1029



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 07/09/2019 | 5980425698 | 111900057 | Pay Bank | N | | JPMORGAN CHASE BANK, |
| 07/09/2019 | 000000630322628 | 111017979 | Rtn Loc/BOFD | Y | | TEXAS CAPITAL BANK, |
| 07/09/2019 | 008792101654 | 121103886 | Pay Bank | N | | BANK OF AMERICA NA |

Amount: $665.00  Sequence Number: 8592438216
Account: 273814183  Capture Date: 08/20/2019
Bank Number: 12210170  Check Number: 1091



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 08/20/2019 | 000000630318636 | 111017979 | Rtn Loc/BOFD | Y | | TEXAS CAPITAL BANK, |
| 08/20/2019 | 008592438216 | 121103886 | Pay Bank | N | | BANK OF AMERICA NA |
| 08/20/2019 | 5980313062 | 111900057 | Pay Bank | N | | JPMORGAN CHASE BANK, |

Amount:        $665.00          Sequence Number:  8292209054
Account:       273814183        Capture Date:     09/16/2019
Bank Number:   12210170         Check Number:     1093



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
| --- | --- | --- | --- | --- | --- | --- |
| 09/16/2019 | 9980011850 | 111900057 | Pay Bank | N | | JPMORGAN CHASE BANK, |
| 09/16/2019 | 000000630495651 | 111017979 | Rtn Loc/BOFD | Y | | TEXAS CAPITAL BANK, |
| 09/16/2019 | 008292209054 | 121103886 | Pay Bank | N | | BANK OF AMERICA NA |

| | | | |
|---|---|---|---|
| Amount: | $665.00 | Sequence Number: | 8492935632 |
| Account: | 273814183 | Capture Date: | 10/08/2019 |
| Bank Number: | 12210170 | Check Number: | 1095 |



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 10/08/2019 | 008492935632 | 121103886 | Pay Bank | N | | BANK OF AMERICA NA |
| 10/08/2019 | 5980470559 | 111900057 | Pay Bank | N | | JPMORGAN CHASE BANK, |
| 10/08/2019 | 000000630337792 | 111017979 | Rtn Loc/BOFD | Y | | TEXAS CAPITAL BANK, |

| | | | | |
|---|---|---|---|---|
| Amount: | $700.00 | | Sequence Number: | 8292649583 |
| Account: | 273814183 | | Capture Date: | 12/03/2019 |
| Bank Number: | 12210170 | | Check Number: | 1096 |



Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 12/03/2019 | 000000621226825 | 111017979 | Rtn Loc/BOFD | Y | | TEXAS CAPITAL BANK, |
| 12/03/2019 | 008292649583 | 121103886 | Pay Bank | N | | BANK OF AMERICA NA |
| 12/03/2019 | 8670522507 | 111900057 | Pay Bank | N | | - JPMORGAN CHASE BANK, |

Amount:      $665.00                Sequence Number:  8292719607
Account:     273814183              Capture Date:     12/31/2019
Bank Number: 12210170               Check Number:     1098

**DAN BENTON**
**KATHERINE C BENTON**
4163 E CITRINE RD # 10A
QUEEN CREEK AZ 85143-5644

RECEIVED

DEC 31 2019

Date: 12/27/2019

1098
91-170/1221 AZ
432

Pay To The Order Of: BSI Financial Services ~~LOCKBOX~~    $665.00

Six hundred sixty five — 00/100    Dollars

**Bank of America**

ACH R/T 122101706

For: Dec Payment # 1461936361

/s/ Dan Benton

⑈122101706⑈ 000273814183⑊ 1098

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 12/31/2019 | 9980357743 | 111900057 | Pay Bank | N | | JPMORGAN CHASE BANK, |
| 12/31/2019 | 008292719607 | 121103886 | Pay Bank | N | | BANK OF AMERICA NA |
| 12/31/2019 | 000000621208902 | 111017979 | Rtn Loc/BOFD | Y | | TEXAS CAPITAL BANK, |

Endorsement back: PAY TO THE ORDER OF Texas Capital Bank For Deposit Only BSI Financial 2111020455